In re:  Janise Rose SWEATMON,
Debtor.

Janise Rose Sweatmon,
Debtor—Appellant,

v.

Ocwen Federal Bank, FSB,
Defendant—Appellee,

and

Nancy L. Spencer–Grigsby, Trustee.

In re:  Janise Rose Sweatmon, Debtor.

Janise Rose Sweatmon,
Debtor—Appellant,

v.

Wells Fargo Bank, NA, Defendant—
Appellee,

and

Nancy L. Spencer–Grigsby, Trustee.

Nos. 05–1322, 05–1323.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2005.

Decided: Sept. 20, 2005.

Janise Rose Sweatmon, Appellant Pro
Se. Bradford Scott Bernstein, Miles &
Stockbridge, Rockville, Maryland; Lisa–
Gail Kingsley Jenkins, Huesman, Jones &
Miles, LLC, Hunt Valley, Maryland, for
Appellees.

Before WILKINSON, TRAXLER, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Janise Rose Sweatmon appeals the district court's order affirming the bankruptcy court's orders: (1) denying her request for a continuance; (2) lifting the automatic stay and allowing a foreclosure to proceed; and (3) dismissing her bankruptcy petition with prejudice. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See In re Sweatmon,* Nos. CA–05–264–PJM; CA–05–265–PJM; BK–04–24686 (D. Md. filed Mar. 17, 2005 & entered Mar. 18, 2005). We grant Sweatmon's motion to proceed in forma pauperis, deny her motion for appointment of counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*